B 203
(12/94)

# United States Bankruptcy Court

### _____ Northern _____ District Of ___ Mississippi ___

In re:  **MICHAEL G HARRIS II**                    **Debtor**

Case No.  _19-13639_____

**Debtors**                                    Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr . P. 2016(b), I certify that I am the attorney for the above - named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, o r agreed to be paid to me, for services rendered or to be rendered on behalf o f the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............ ............. ...........$ _2500.00_

Prior to the filing of this statement I have received ............ ............ $ _1250.00_

Balance Due  ............ ............ ............ ............. ......... $ _1250.00___

     2.      The source of the compensation paid to me was:

        ( X )    Debtor    ( )   Other (specify)

     3.      The source of compensation to be paid to me is:

        ( X )    Debtor    ( )   Other (specify)

(X)   I have not agreed to share the above-disclosed compensation with any other person unless they are

members and associates of my law firm.

( )   I have agreed to share the above-disclosed compensation with a other person or persons who are not

members or associates of my law firm.   A copy of the agreement, together with a list of the names of

the people sharing in the compensation, is attached.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy  case including;

     a.Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b.Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

     e. [Other provisions as needed]

5.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

09/20/2019
*Date*

/s/ *David E. Rozier, Jr.*
*Signature of Attorney*

Rozier Law Firm PLLC
*Name of law firm*