*Continue*

**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER §341 MEETING**
**DATE 10/18/19**

**IN RE: HARRIS, MICHAEL G**

**CASE NO: 19-13639**

**APPEARANCES**:

(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

( ) DEBTOR 2 (Spouse in Joint Cases)
    ( ) Required picture I.D. produced
    ( ) Required SSN verification produced
    ( ) Pay advices received

Credit Counseling Certificate Filed <u>Yes</u>   Not Filed _____

Tax Returns received for _____2017 (transcript only)_____ on <u>10/10/19</u>

Financial Documents (✓) retained by Trustee   ( ) returned to debtor(s)

( ) DEBTOR'S REPRESENTATIVE_____
(✓) ATTORNEY FOR DEBTOR(S)__DAVID E. ROZIER, JR._____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, debtor has completed Pro Se form?

THE MEETING OF CREDITORS WAS:
    ( ) HELD
    or
    ( ) NOT HELD
    or
    (✓) NOT CONCLUDED AND IS CONTINUED TO THE _22nd_ DAY OF _November_, 2019, at _9:00_ O'CLOCK: _A_ M.

YES (X)  NO ( )  Has attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S)__None_____

_____

DEBTOR (S) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
(✓) OTHER: _Tax Returns – 10 days_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES:
_Prior Chp 7 – 7/2011 – N.D, MS_
_707(b) Referral to UST_

DATED: <u>10/18/19</u>

TRUSTEE __/s/ Jeffrey A. Levingston__

Track # ___10_____

or
Start #_____

Tape #_____ SIDE _____ Counter

*Recalled 12*