

**SO ORDERED,**

**Judge Selene D. Maddox**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **MICHAEL G. HARRIS, II** | ) | **CASE NO. 19-13639-SDM** |
| Debtor. | ) | **CHAPTER 7** |
| | ) | |
| | ) | |

**DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
AND DIRECTING ABANDONMENT**

THIS MATTER is before the Court on the motion of Ameris Bank *fka* Fidelity Bank (Movant) to grant relief from the automatic stay of 11 U.S.C. § 362 and to direct abandonment (Dkt. #21). Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS, THEREFORE, ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 as to the following property: one (1) 2016 Chevrolet Suburban vehicle bearing VIN # 1GNSKHKC2GR368749, and the trustee is directed to abandon said property.

## END OF ORDER ##

SUBMITTED BY:

 /s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
Post Office Box 123
Jackson, Ms 39205
(601) 948-1547 / MB #104439 / spencer@kingandspencer.net